**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID L. CROUSEY

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:18-20725 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/28/2018 and confirmed on 05/01/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,540.28 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,535.28 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,500.00 | |
|     Trustee Fee | 2,056.51 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,556.51 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 31,441.81 | 0.00 | 31,441.81 |
|     Acct: 5791 | | | | |
| PENNYMAC LOAN SERVICES LLC | 14,804.44 | 4,536.96 | 0.00 | 4,536.96 |
|     Acct: 5791 | | | | |
| | | | | 35,978.77 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DAVID L. CROUSEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DAVID L. CROUSEY | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 726.80 | 0.00 | 0.00 | 0.00 |

| 18-20725 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 6714 | | | | |
| MERRICK BANK | 948.94 | 0.00 | 0.00 | 0.00 |
| Acct: 9215 | | | | |
| DUQUESNE LIGHT COMPANY* | 69.10 | 0.00 | 0.00 | 0.00 |
| Acct: 5113 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\* N O N E \*\*\*

TOTAL PAID TO CREDITORS                                                                                                    35,978.77

TOTAL CLAIMED
PRIORITY                  0.00
SECURED              14,804.44
UNSECURED            1,744.84

Date: 09/09/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com